UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
SUSAN COZART                                )
                                            )   Case Number 2:13-cv-00629-JP
            Plaintiff                       )
                                            )
    vs.                                     )
                                            )
NCO FINANCIAL SYSTEMS, INC.                 )
                                            )
            Defendant                       )
_____            )

## STIPULATION OF DISMISSAL

AND NOW, this 18th day of March 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant that the above captioned matter be dismissed with prejudice. All parties shall bear their own costs and attorney's fees.

Vullings Law Group, LLC

BY: /s/ *Brent F. Vullings*
    Brent F. Vullings, Esquire
    Attorney for Plaintiff


Sessions Fishman Nathan Israel, LLC

BY: /s/ *Ross S. Enders*
    Ross Enders, Esquire
    Attorney for Defendant