IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN COZART | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYSTEMS, INC | : | No. 13-629 |

### ORDER

**AND NOW**, this 19th day of March, 2013, in view of the Stipulation of Dismissal filed by the parties (Doc. No. 6), **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this matter **CLOSED**.

**BY THE COURT**

/s/John R. Padova

_____

John R. Padova                    J.